AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>MARIO ANTONIO MEJIA-CALDERON<br><br>_____<br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)     3:25-mj-1101-LLL<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 24, 2025_____ in the county of _____Duval_____ in the
_____Middle_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326<br>18 U.S.C. § 1546 | Illegal reentry of removed aliens<br>Fraud and misuse of visas, permits, and other documents |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Michael J. Graham, Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 21, 2025

_____
*Judge's signature*

City and state:     Jacksonville, Florida

Laura Lothman Lambert, United States Magistrate Judge
*Printed name and title*

## CRIMINAL COMPLAINT AFFIDAVIT

I, Michael J. Graham, being a duly sworn and appointed Deportation Officer

for the Department of Homeland Security, Immigration and Customs Enforcement

("ICE"), hereby make the following statement in support of the attached criminal

complaint.

  1.  I have been a Deportation Officer since 2015 and before that was an

Immigration Enforcement Agent with ICE since 2009.  I have training and

experience in the enforcement of the immigration and nationality laws of the United

States.  In addition, I have training and experience in the preparation, presentation,

and service of criminal complaints and arrest warrants.

  2.  As part of an immigration investigation, I spoke to Officer Sanchez of

the Jacksonville Sheriff's Office.  Officer Sanchez is assigned to the 287(g) program

at the Duval County Pretrial Detention Facility in Duval County, in the Middle

District of Florida.  The 287(g) program was authorized under section 287(g) of the

Immigration and Nationality Act and permits a state officer to be deputized "to

perform a function of an immigration officer in relation to the investigation,

apprehension, or detention of aliens in the United States . . . ."  8 U.S.C. § 1357(g).

  3.  Officer Sanchez told me that on January 24, 2025, she was notified that

an individual who had identified himself as MARIO ANTONIO MEJIA-

CALDERON had been booked into the Duval County jail and had stated during the

booking process that he was born in Honduras on a date in January 1991.  Officer

Sanchez ran immigration database checks for a person named MARIO ANTONIO

MEJIA-CALDERON who was born in Honduras on the date of birth provided and the database checks showed no record that a citizen of Honduras with that name and date of birth had ever been legally admitted into the United States.

4.    On the same date, a Duval County jail officer conducted an inventory of MEJIA-CALDERON's property that he had on him at the time of arrest. MEJIA-CALDERON was in possession of a fraudulent Lawful Permanent Resident I-551 (LPR) card. The picture on the LPR card appeared to be MEJIA-CALDERON and his full name, MARIO ANTONIO MEJIA CALDERON, is displayed on the card. The country of birth (Mexico) and Alien number on the fraudulent card, however, are associated with a different individual with a date of birth in 1982.

5.    On the same date, Officer Sanchez entered MEJIA-CALDERON's fingerprints into a biometric identification system that compared his fingerprints with the fingerprints of individuals who had been previously encountered by immigration authorities. The system returned a match and reflected that MEJIA-CALDERON had previously been encountered and had been assigned an Alien Registration number ("A-number"). Officer Sanchez then conducted additional database checks using the A-number and the records reflected that MEJIA-CALDERON is a citizen of Honduras who has been previously deported or removed from the United States to Honduras on one occasion. Officer Sanchez lodged an ICE detainer against MEJIA-CALDERON with the Duval County jail.

6.      On February 19, 2025, the Duval County jail notified ICE Jacksonville that the local charges for MEJIA-CALDERON will be resolved on February 21, 2025, and that he will be ready to be picked up on the ICE detainer.

7.      On February 19, 2025, I reviewed a copy of the Alien Registration File ("A-file") for MEJIA-CALDERON.  An A-file is a central file maintained by immigration agencies that contains documents related to the interactions and encounters of United States immigration authorities with an alien.  Documents in the A-file confirmed that MEJIA-CALDERON is a citizen of Honduras who has been deported or removed from the United States one time: on June 11, 2013, through Austin, Texas.  The A-file contained no record that MEJIA-CALDERON had ever applied for or received permission from the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States since the time of his last deportation or removal.

Based upon the foregoing facts, there is probable cause to believe that MARIO ANTONIO MEJIA-CALDERON is a citizen of Honduras who has been found unlawfully present in the United States without first having obtained the consent of the Attorney General or the Secretary of Homeland Security for the United States to apply for admission to or to re-enter the United States after having been deported and removed from the United States, in violation of Title 8, United States Code,

3

Section 1326 and that he possessed a fraudulent document in violation of Title 18

United States Code, Section 1546.

Michael J. Graham, Deportation Officer
U.S. Immigration and Customs Enforcement
Jacksonville, Florida

Sworn to and subscribed before me
this 21st day of February, 2025.

LAURA LOTHMAN LAMBERT
United States Magistrate Judge

4